**Reinstated; Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 10, 2015.**



In The

# Fourteenth Court of Appeals

## NO. 14-14-00769-CV

## IN THE MATTER OF THE MARRIAGE OF DANIEL BANDA AND LINA MARIA MARTINEZ

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2013-68191**

# M E M O R A N D U M    O P I N I O N

This is an appeal from a judgment signed July 18, 2014. On November 13, 2014, this court referred the case to mediation. On January 30, 2015, appellant Lina Maria Martinez filed a motion to dismiss the appeal because the case has settled. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Wise.